429 A.2d 53

Commonwealth, Appellant, v. Ott.

Reargument Denied Jan. 5, 1981.

* Chief Justice Michael J. Eagen of the Court of Pennsylvania, is sitting by designation.

* Judge Vincent A. Cirillo, of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.

620

Argued March 19, 1980. Theodore B. Smith, III, Assistant District Attorney, Carlisle, for Commonwealth, appellant; John McCrea, III, Newville, for appellee.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Order of trial court granting appellee's motion in arrest of judgment is reversed. See *Commonwealth v. Byrd*, 490 Pa. 544, 417 A.2d 173 (1980).